IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

MALCOLM GANTZ, :
:
    Plaintiff :
:
  v. : CIVIL NO. 4:CV-14-1687
:
I. UNCLES, ET AL., : (Judge Brann)
:
    Defendants :

## **O R D E R**

October 7, 2014

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT;**

1. The Clerk of Court is directed to **TRANSFER** this action to the United States District Court for the Western District of Pennsylvania.

2. The Clerk of Court is directed to mark this case in this Court **CLOSED**.

      BY THE COURT:

       s/ Matthew W. Brann
      Matthew W. Brann
      United States District Judge