IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MALCOLM GANTZ, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 14-218J |
| | ) | Judge Kim R. Gibson/ |
| I. UNCLES; D. PRICE; STEVEN R. | ) | Chief Magistrate Judge Maureen P. Kelly |
| GLUNT; DEBRA YOUNKIN; J. | ) | |
| PEARSON; AUGRA; DIRECTOR OF | ) | |
| BUREAU OF HEALTH CARE | ) | |
| SERVICES; DORINA VARNER; C. | ) | |
| OPPMAN, | ) | |
|     Defendants. | ) | |

## ORDER

AND NOW, this 15th day of September, 2015, after Plaintiff Malcolm Gantz filed an action in the above-captioned case, and after a Motion for Judgment on the Pleadings was filed by Defendants Director of Bureau of Health Care Services, Steven R. Glunt, C. Oppman, J. Pearson, D. Price, I. Uncles, Dorina Varner, and Debra Younkin, and after a Report and Recommendation was filed by the United States Magistrate Judge giving the parties until August 24, 2015, to file written objections thereto, and upon consideration of the Objections filed by Malcolm Gantz, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is ADOPTED as the opinion of this Court,

IT IS HEREBY ORDERED that the Motion for Judgment on the Pleadings, ECF No. 32, is GRANTED.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as

provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

By the Court:

Kim R. Gibson
United States District Judge

cc: Honorable Maureen P. Kelly
Chief United States Magistrate Judge

All Counsel of Record Via CM-ECF

Malcolm Gantz
HB-8839
SCI Fayette
Box 9999
LaBelle, PA 15450-0999